TREG TAYLOR
ATTORNEY GENERAL

Jessica Moats Alloway
Christopher Orman
Assistant Attorneys General
Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK  99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email:  jessie.alloway@alaska.gov
         christopher.orman@alaska.gov

Attorneys for the State of Alaska

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| STATE OF ALASKA,<br><br>  Plaintiff,<br><br>v.<br><br>BRYAN NEWLAND, in his official capacity as Assistant Secretary, Indian Affairs, U.S. Department of the Interior; and U.S. DEPARTMENT OF THE INTERIOR,<br><br>  Defendants. | Civil Action No.:  3:23-cv-00007-SLG<br><br>**DECLARATION OF MAILING AND PROOF OF SERVICE** |

STATE OF ALASKA           )
                          )  ss.
THIRD JUDICIAL DISTRICT   )

    I, Jessica Alloway, declare under penalty that the following is true and correct:

1. I am employed as an Assistant Attorney General in the Opinion, Appeals, and Ethics Section of the Attorney General's Office in Anchorage, Alaska.

2. On January 19, 2023 a copy of each of the following documents were mailed:

CIVIL COVER SHEET

SUMMONS

COMPLAINT

by certified mail, return receipt requested to the following:

| Merrick Garland<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | Article #7019 2280 0001 8841 2485 |
|---|---|
| Office of the Secretary<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington DC 20240 | Article #7019 2280 0001 8841 2454 |
| S. Lane Tucker<br>U.S. Attorney for the District of Alaska<br>222 West 7th Avenue, #9, Room 253<br>Anchorage, Alaska 99513-756 | Article #7019 2280 0001 8841 2461 |
| Bryan Newland<br>Assistant Secretary - Indian Affairs<br>Office of the Secretary<br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington DC 20240 | Article #7019 2280 0001 8841 2478 |

3. As of the date of the signing of this Declaration, the following parties have been served on the dates indicated:

*State of Alaska v. Newland, et al.*      Civil Action No.: 3:23-cv-00007-SLG
Declaration of Mailing and Proof of Service      Page 2 of 3

| Merrick Garland<br>Attorney General of the United States | January 26, 2023 |
|---|---|
| Office of the Secretary<br>U.S. Department of the Interior | January 26, 2023 |
| Bryan Newland<br>Assistant Secretary - Indian Affairs | January 25, 2023 |
| S. Lane Tucker<br>U.S. Attorney for the District of Alaska | February 13, 2023 |

Copies of the United States Postal Service return receipts or the USPS tracking confirmations are attached to this Declaration as Exhibit A.

5. As of the date of the signing of this Declaration, no party remains unserved.

6. Due to the delays in the service of S. Lane Tucker, undersigned counsel conferred with counsel for the defendants and the parties stipulated to a service date of February 2, 2023.

By: */s/ Jessica Alloway*   February 17, 2023
Jessica Alloway            Date

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746.

**CERTIFICATE OF SERVICE**
I hereby certify that on February 17, 2023, I filed a true and correct copy of the foregoing document electronically by using the CM/ECF system. Participants who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Jessica Moats Alloway*
Jessica Moats Alloway
Assistant Attorney General

*State of Alaska v. Newland, et al.*          Civil Action No.: 3:23-cv-00007-SLG
Declaration of Mailing and Proof of Service                         Page 3 of 3

Case 3:23-cv-00007-SLG   Document 4   Filed 02/17/23   Page 3 of 3