# INDEX OF EXHIBITS

Exhibit A     Notice of Decision – Lot 15, Block 5 (Nov. 17, 2022)

Exhibit B     Warranty Deed – Lot 15, Block 5 (Jan. 17, 2023)

Exhibit C     Maps of Juneau Indian Village (May 5, 2017) and Southeast Alaska (2021)

Exhibit D     Áak'w Village Photographs – Alaska State Library Historical Collection (various dates)

Exhibit E     Charles H. Jones, "Juneau Indian Village, Real Property" (May 6, 1968)

Exhibit F     Jacques M. Norvell, "Juneau Indian Village Housing" (April 30, 1968)

Exhibit G     Resolution EC/ 16-25: Authorization of the Submission of a Fee-to-Trust Application for Juneau Indian Village Block 5 Lot 15 (May 24, 2016)