IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>        Plaintiff,<br>  v.<br><br>BRYAN NEWLAND, in his official capacity as Assistant Secretary, Indian Affairs, U.S. Department of the Interior, *et al.*,<br><br>        Defendants,<br><br>  and<br><br>CENTRAL COUNCIL OF TLINGIT & HAIDA INDIAN TRIBES OF ALASKA,<br><br>        Intervenor-Defendants. | Case No. 3:23-cv-00007-SLG |

### **ORDER RE MOTION TO INTERVENE**

Before the Court at Docket 6 is Central Council of the Tlingit & Haida Indian Tribes of Alaska's Motion to Intervene. The State of Alaska filed a response of non-opposition to the motion at Docket 8. Federal Defendants do not oppose the motion. Good cause being shown, the motion is hereby GRANTED.

IT IS ORDERED that the Tlingit & Haida Indian Tribes of Alaska ("the Tribe") is granted the right to intervene under Federal Rule of Civil Procedure 24. The Tribe shall file its Answer to the Complaint no later than 7 days from the date of this order.[1] The case

---

[1] *See* Rule 24(c), Federal Rules of Civil Procedure: "The motion must be accompanied by a pleading that sets out the claim or defense for which intervention is sought." No such proposed

caption in this matter is amended as shown above.

DATED this 12th day of April, 2023 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

answer was included in the Tribe's motion.

Case No. 3:23-cv-00007-SLG, *SOA v. Newland, et al.*
Order re Motion to Intervene
Page 2 of 2
Case 3:23-cv-00007-SLG   Document 9   Filed 04/12/23   Page 2 of 2