Richard D. Monkman
rdm@sonosky.net
Lloyd B. Miller
lloyd@sonosky.net
Whitney A. Leonard
whitney@sonosky.net
SONOSKY, CHAMBERS, SACHSE,
  MILLER & MONKMAN, LLP
302 Gold Street, Suite 201
Juneau, Alaska 99801
Telephone: (907) 586-5880
Facsimile: (907) 586-5883

*Counsel for Intervenor-Defendant Central Council
of the Tlingit & Haida Indian Tribes of Alaska*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRYAN NEWLAND *et al.*,<br><br>    Defendants,<br><br>and<br><br>CENTRAL COUNCIL OF TLINGIT & HAIDA INDIAN TRIBES OF ALASKA,<br><br>    Intervenor-Defendants. | Case No. 3:23-cv-00007-SLG |

**INTERVENOR-DEFENDANT'S ANSWER TO STATE OF ALASKA'S COMPLAINT**

*Intervenor-Defendant's Answer to State of Alaska's Complaint*
*SOA v. Newland et al.*, Case No. 3:23-cv-00007-SLG      Page 1 of 7

Case 3:23-cv-00007-SLG   Document 10   Filed 04/13/23   Page 1 of 7

Intervenor-Defendant, the Central Council of the Tlingit & Haida Indian Tribes of Alaska, a federally-recognized Indian tribe ("Tlingit & Haida") answers the State of Alaska's Complaint as follows:

A. General Denial. The State of Alaska's Complaint is an argumentative legal memorandum in the guise of a complaint. The State selectively quotes from statutes, judicial opinions, memoranda, treatises, and other documents in making its arguments. In so doing, the State makes incorrect allegations, inaccurate characterizations of fact, incorrect and incomplete assertions of law, and unsupported assertions regarding the Alaska Native Claims Settlement Act ("ANCSA") and other matters, including incorrect generalizations about "Alaska Natives" and about State and federal actions both pre- and post-ANCSA. The State's arguments are neither complete, correct, nor accurate. Tlingit & Haida will respond to those arguments when the merits are briefed. Except as specifically admitted below, therefore, the State of Alaska's Complaint is generally denied.

## INTRODUCTION

1. See General Denial. Specifically deny that the United States' decision to take land into trust on behalf of Tlingit & Haida "limits the State's sovereign jurisdiction in Alaska and undermines key terms of the Alaska Native Claims Settlement Act . . . , 43 U.S.C. §§ 1601–1629h."

2. See General Denial.

3. See General Denial.

4. See General Denial.

*Intervenor-Defendant's Answer to State of Alaska's Complaint*
*SOA v. Newland et al.*, Case No. 3:23-cv-00007-SLG　　　　　　　　　　Page 2 of 7

Case 3:23-cv-00007-SLG   Document 10   Filed 04/13/23   Page 2 of 7

5. See General Denial.

## JURISDICTION AND VENUE

6. See General Denial. Admit that this Court generally has jurisdiction over challenges to final agency action under the Administrative Procedure Act pursuant to 28 U.S.C. § 1331 and 5 U.S.C. §§ 701-706.

7. See General Denial.

8. See General Denial.

9. See General Denial.

10. See General Denial. Admit that venue is proper pursuant to 28 U.S.C. § 1391.

## PARTIES

11. See General Denial. Admit that Alaska is a State.

12. Admit.

13. Admit that the Department of the Interior ("Department") is an agency of the United States.

## STANDING

14. See General Denial.

15. See General Denial.

16. See General Denial.

*Intervenor-Defendant's Answer to State of Alaska's Complaint*
*SOA v. Newland et al.*, Case No. 3:23-cv-00007-SLG　　　　　　　　　　Page 3 of 7

Case 3:23-cv-00007-SLG   Document 10   Filed 04/13/23   Page 3 of 7

17. See General Denial. Admit that Tlingit & Haida has filed additional land into trust applications with the Department. Deny for lack of knowledge whether other Alaska Tribes have filed land into trust applications with the Department.

## LEGAL AND FACTUAL BACKGROUND

### I. Historical Background

18. See General Denial. Admit that there are currently 227 federally recognized tribes in Alaska.

19. See General Denial.

20. See General Denial.

21. See General Denial.

22. See General Denial.

23. See General Denial.

### II. The Indian Reorganization Act

24. See General Denial. Admit that Congress enacted the Indian Reorganization Act in 1934.

25. See General Denial.

26. See General Denial.

27. See General Denial. Admit that Congress enacted the Alaska IRA in 1936.

28. See General Denial.

29. See General Denial.

30. See General Denial.

*Intervenor-Defendant's Answer to State of Alaska's Complaint*
*SOA v. Newland et al.*, Case No. 3:23-cv-00007-SLG  Page 4 of 7

Case 3:23-cv-00007-SLG   Document 10   Filed 04/13/23   Page 4 of 7

### III. The Alaska Native Claims Settlement Act

31. See General Denial. Admit that in 1958, Congress enacted the Alaska Statehood Act.

32. See General Denial.

33. See General Denial.

34. See General Denial. Specifically deny that the characterizations of history in Paragraph 34 represented the views of all Alaska Natives "*en masse*."

35. See General Denial.

36. See General Denial.

37. See General Denial. Admit that Congress passed ANCSA in 1971.

38. See General Denial.

### IV. Post-ANCSA, 1971-2017

39. See General Denial. Admit that in 1976, Congress enacted the Federal Land Policy and Management Act ("FLPMA").

40. See General Denial.

41. See General Denial.

41 (repeated number). See General Denial.

42. See General Denial. Admit that in 2001, the Department rescinded the "Fredericks Opinion" based on "substantial doubt" regarding its conclusions.

43. See General Denial. Admit that the Department promulgated a regulation in 2014 that eliminated the Alaska Exception.

*Intervenor-Defendant's Answer to State of Alaska's Complaint*
*SOA v. Newland et al.*, Case No. 3:23-cv-00007-SLG                    Page 5 of 7

Case 3:23-cv-00007-SLG   Document 10   Filed 04/13/23   Page 5 of 7

44. See General Denial. Admit that the "M-Opinions" listed were issued by the Department.

V. **The Central Council's Application**

45. See General Denial. Admit that Tlingit & Haida has filed five applications requesting that the Secretary take land into trust and that the lands taken into trust be designated a reservation.

46. See General Denial.

47. See General Denial. Admit that on November 17, 2022, Defendant Bryan Newland, the Assistant Secretary – Indian Affairs, approved Tlingit & Haida's trust application for Lot 15, Block 5, U.S. Survey 4694, Juneau, Alaska.

48. See General Denial.

49. See General Denial.

50. See General Denial.

51. See General Denial.

## CAUSE OF ACTION

52. See General Denial and Tlingit & Haida's answers to Paragraphs 1 through 51.

53. Deny.

## PRAYER FOR RELIEF

WHEREFORE, Intervenor-Defendant prays for relief from this Court as follows:

A. That the State of Alaska's Complaint be dismissed, and the relief it requests

*Intervenor-Defendant's Answer to State of Alaska's Complaint*
*SOA v. Newland et al.*, Case No. 3:23-cv-00007-SLG    Page 6 of 7

Case 3:23-cv-00007-SLG   Document 10   Filed 04/13/23   Page 6 of 7

be denied; and

B. For such other and further relief as may be deemed appropriate and just under the circumstances.

DATED this 13th day of April, 2023, at Anchorage, Alaska.

SONOSKY, CHAMBERS, SACHSE
MILLER & MONKMAN, LLP

By: */s/ Richard D. Monkman*
Richard D. Monkman
Alaska Bar No. 8011101
Lloyd B. Miller
Alaska Bar No. 7906040
Whitney A. Leonard
Alaska Bar No. 1711064

*Attorneys for Intervenor-Defendant*

**Certificate of Service**

I certify that on April 13, 2023, a copy of the foregoing document was served electronically on:

Jessica Moats Alloway
jessie.alloway@alaska.gov

Christopher F. Orman
christopher.orman@alaska.gov

Charmayne Staloff
Charmayne.staloff@usdoj.gov

*/s/ Richard D. Monkman*
Richard D. Monkman

*Intervenor-Defendant's Answer to State of Alaska's Complaint*
*SOA v. Newland et al.*, Case No. 3:23-cv-00007-SLG       Page 7 of 7

Case 3:23-cv-00007-SLG   Document 10   Filed 04/13/23   Page 7 of 7