IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>        Plaintiff,<br>   v.<br><br>BRYAN NEWLAND, in his official capacity as Assistant Secretary, Indian Affairs, U.S. Department of the Interior, *et al.*,<br><br>        Defendants,<br><br>   and<br><br>CENTRAL COUNCIL OF TLINGIT & HAIDA INDIAN TRIBES OF ALASKA,<br><br>        Intervenor-Defendants. | Case No. 3:23-cv-00007-SLG |

### ORDER RE JOINT MOTION FOR VACATUR OF THE APRIL 18, 2023, CASE SCHEDULING ORDER [DKT.11] AND GRANTING STIPULATED MOTION FOR BRIEFING SCHEDULE

The Parties' *Joint Motion for Vacatur of the April 18, 2023, Case Scheduling Order at [Dkt. 11] and Stipulated Motion for Briefing Schedule* at Docket [12] is GRANTED. IT IS ORDERED the above-captioned case shall proceed under Local Civil Rule 16.3. The briefing schedule is this matter shall be as follows:

1. With respect to the review of the agency record in this case:

    A. Per Local Civil Rule 16.3(b)(1), Interior shall lodge the agency record for the challenged agency decision at issue in this case by June 2, 2023.

    B. On or before July 3, 2023, the Parties will identify any need to supplement the agency

record or otherwise address issues with the agency record as lodged.

C. On or before July 10, 2023, the Parties will file any motion concerning the agency record, to the extent such motion is required.

2. If no motion is filed regarding the agency record, the parties agree to the following schedule for merits briefing in this case:

A. On or before August 1, 2023, Plaintiff shall file its motion for summary judgment on all claims.

B. On or before October 2, 2023, Interior shall file its consolidated cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment. Interior's supporting memorandum will include arguments in favor of its cross-motion and respond to Plaintiff's motion for summary judgment.

C. On or before October 16, 2023, the Tribe shall file its consolidated cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment. The Tribe's supporting memorandum will include arguments in favor of its cross-motion and respond to Plaintiff's motion for summary judgment.

D. On or before November 15, 2023, Plaintiff shall file its consolidated reply in support of its motion for summary judgment and opposition to Interior's and the Tribe's respective cross-motions for summary judgment. Plaintiff's supporting memorandum will reply to Interior's and the Tribe's respective oppositions and respond to Interior's and the Tribe's respective cross-motions.

E. On or before December 15, 2023, Interior shall file its reply in support of its cross-motion for summary judgment.

F. On or before January 10, 2024, the Tribe shall file its reply in support of its cross-

Case No. 3:23-cv-00007-SLG, *SOA v. Newland, et al.*
Order re Joint Motion for Vacatur of the April 18, 2023, Case Scheduling Order [Dkt. 11] and Granting Stipulated Motion for Briefing Schedule
Page 2 of 3
Case 3:23-cv-00007-SLG   Document 13   Filed 05/09/23   Page 2 of 3

motion for summary judgment.

3. Should any motions concerning the record be filed by July 10, 2023, as set forth above, the Parties will confer on a revised briefing schedule to commence upon issuance of the Court's order(s) on any motion(s) concerning the record.

DATED this 9th day of May, 2023 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00007-SLG, *SOA v. Newland, et al.*
Order re Joint Motion for Vacatur of the April 18, 2023, Case Scheduling Order [Dkt. 11] and Granting Stipulated Motion for Briefing Schedule
Page 3 of 3
Case 3:23-cv-00007-SLG   Document 13   Filed 05/09/23   Page 3 of 3