TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

CHARMAYNE G. STALOFF, Trial Attorney
Indian Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Telephone: (202) 305-5628
Email: charmayne.staloff@usdoj.gov

*Attorney for the United States*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN NEWLAND, in his official capacity as Assistant Secretary, Indian Affairs, U.S. Department of the Interior; and U.S. DEPARTMENT OF THE INTERIOR,<br><br>Defendants,<br><br>and<br><br>CENTRAL COUNCIL OF THE TLINGIT & HAIDA INDIAN TRIBES OF ALASKA,<br><br>Intervenor-Defendant. | Case No. 3:23-cv-00007-SLG<br><br>**DEFENDANTS' NOTICE OF CONVENTIONAL FILING OF THE ADMINISTRATIVE RECORD** |

Defendants Bryan Newland, in his official capacity as Assistant Secretary–Indian

Affairs, and the United States Department of the Interior, by and through undersigned

1

*State of Alaska v. Newland et al.*     Case No. 3:23-cv-00007-SLG
Defendants' Notice of Conventional Filing of the Administrative Record
Case 3:23-cv-00007-SLG   Document 14   Filed 06/02/23   Page 1 of 3

counsel, are conventionally filing the Administrative Record on electronic media pursuant to Local Civil Rules 7.1 (General Motion Practice) and 16.3(b)(1)(B) (Administrative Agency Appeals). Defendants are also filing a paper copy of the Administrative Record pursuant to the Order re Chambers Copies, Dkt. No. 7.

Exhibit 1 filed herewith is a declaration certifying the contents of the Administrative Record. Exhibit 2 filed herewith is an index constituting the certified list of the contents of the Administrative Record. Defendants will lodge the Administrative Record on electronic media and in paper copy by express delivery to the Clerk's Office. Copies of the Administrative Record are being served on Plaintiff's and Intervenor-Defendant's counsel by express delivery.

DATED: June 2, 2023.

Respectfully submitted,

TODD S. KIM
Assistant Attorney General
Environment & Natural Resources Division

/s/ *Charmayne G. Staloff*
CHARMAYNE G. STALOFF, Trial Attorney
Indian Resources Section
Environment & Natural Resources Division
United States Department of Justice

*Attorney for the United States*

Of Counsel:

Robert Hitchcock, Attorney-Advisor
Melissa Thaisz, Attorney-Advisor
Office of the Solicitor
U.S. Department of the Interior

2

*State of Alaska v. Newland et al.* Case No. 3:23-cv-00007-SLG
Defendants' Notice of Conventional Filing of the Administrative Record
Case 3:23-cv-00007-SLG   Document 14   Filed 06/02/23   Page 2 of 3

## CERTIFICATE OF SERVICE

      I, Charmayne G. Staloff, hereby certify that, on June 2, 2023, the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

                                        /s/ *Charmayne G. Staloff*
                                        CHARMAYNE G. STALOFF, Trial Attorney
                                        Indian Resources Section
                                        Environment and Natural Resources Division
                                        United States Department of Justice