

United States Department of the Interior
OFFICE OF THE SECRETARY
Washington, DC 20240

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

STATE OF ALASKA,

    Plaintiff,

v.

BRYAN NEWLAND, in his official capacity as Assistant Secretary – Indian Affairs, U.S. Department of the Interior; and U.S. DEPARTMENT OF THE INTERIOR,

    Defendants, and

CENTRAL COUNCIL OF THE TLINGIT & HAIDA INDIAN TRIBES OF ALASKA,

    Intervenor-Defendants.

Case No. 3:23-cv-00007-SLG

**DEFENDANTS' CERTIFICATION OF THE ADMINISTRATIVE RECORD**

I, Bryan Newland, state and declare the following:

1. I am the Assistant Secretary – Indian Affairs (Assistant Secretary) at the United States Department of the Interior (Department). I have held this position since August 2021.

2. In my capacity as Assistant Secretary, I oversee matters related to Alaska Natives and Alaska Native Nations. Part of this responsibility includes overseeing the collection of documents comprising the Administrative Record for the agency decision challenged by Plaintiff in this case.

3. I have reviewed the attached Index of the Administrative Record, which constitutes the certified list of the contents of the Administrative Record.

4. Based on my knowledge and information, I hereby certify that the documents described in the attached Index constitute a true, correct, and complete copy of the Administrative Record of the Assistant Secretary's November 17, 2022, Decision.

Pursuant to 28 U.S.C. § 1746, I, Bryan Newland, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on June 1, 2023.

_____
Bryan Newland
Assistant Secretary – Indian Affairs
U.S. Department of the Interior
1849 C Street, N.W. MS 4660 MIB
Washington, D.C. 20240