TREG TAYLOR
ATTORNEY GENERAL

Jessie M. Alloway
Christopher Orman
Assistant Attorneys General
Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: jessie.alloway@alaska.gov
christopher.orman@alaska.gov

Attorneys for the State of Alaska

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>    Plaintiff,<br><br>v.<br><br>BRYAN NEWLAND, in his official capacity as Assistant Secretary, Indian Affairs, U.S. Department of the Interior; and U.S. DEPARTMENT OF THE INTERIOR,<br><br>    Defendants, and<br><br>CENTRAL COUNCIL OF THE TLINGIT & HAIDA INDIAN TRIBES OF ALASKA,<br><br>    Intervenor-Defendant. | Civil Action No.: 3:23-cv-00007-SLG<br><br>**STATE OF ALASKA'S UNOPPOSED MOTION FOR LEAVE TO FILE AN OVER-LENGTH PLEADING** |

Plaintiff, State of Alaska, seeks leave to file an over-length memorandum in support of its motion for summary judgment. Per Local Rule 7.4, summary judgment briefing is limited to 35 pages or 10,000 words. The State seeks leave to file a memorandum that is no more than 14,000 words.

At issue in this case is the Secretary of the Interior's authority to take an Alaskan Tribe's fee land into trust and consequently create Indian country. The Secretary's purported authority stems from laws that were enacted in 1934 and 1936; the State's argument is that, to the extent the Secretary correctly interprets the 1934 and 1936 laws, congressional action taken in 1971 negated that authority. To understand its legal argument, the State must outline for the Court a history that spans from the Alaska purchase to the present and provide a significant amount of statutory background, including discussion of legislative history. While the State has strived to keep its memorandum within the 10,000-word limit, more space is required.

The word limit for a brief filed with the Ninth Circuit is 14,000 words and more accurately fits the needs of this case.[1] As such, the State would not oppose a similar request by the other parties. Undersigned counsel conferred with counsel for the federal defendants and the intervening defendant and both indicated that they would not oppose this request.

---

[1] *See* Ninth Circuit Rule 32-1(a).

*State of Alaska v. Newland, et al.*           Civil Action No.: 3:23-cv-00007-SLG
Unopposed Motion to File an Over-Length Brief           Page 2 of 3

Case 3:23-cv-00007-SLG   Document 15   Filed 07/28/23   Page 2 of 3

For the reasons provided above, the State respectfully requests that the Court expand Local Rule 7.2's word limit for its memorandum in support of its summary judgment motion to 14,000 words.

DATED: July 28, 2023.

                                                         TREG TAYLOR
                                                         ATTORNEY GENERAL

By:   */s/ Jessie M. Alloway*
        Jessica M. Alloway
        Assistant Attorney General
        Alaska Bar No. 1205045
        Email: jessie.alloway@alaska.gov

By:   */s/ Christopher F. Orman*
        Christopher F. Orman
        Assistant Attorney General
        Alaska Bar No. 1011099
        Email: christopher.orman@alaska.gov

        *Attorneys for the State of Alaska*

**CERTIFICATE OF SERVICE**
I hereby certify that on July 28, 2023, I electronically filed the foregoing by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Angela Hobbs
Angela Hobbs
Law Office Assistant III

*State of Alaska v. Newland, et al.*                                Civil Action No.: 3:23-cv-00007-SLG
Unopposed Motion to File an Over-Length Brief                             Page 3 of 3

Case 3:23-cv-00007-SLG    Document 15    Filed 07/28/23    Page 3 of 3