# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>  Plaintiff,<br><br>v.<br><br>BRYAN NEWLAND, in his official capacity as Assistant Secretary, Indian Affairs, U.S. Department of the Interior; and U.S. DEPARTMENT OF THE INTERIOR,<br><br>  Defendants, and<br><br>CENTRAL COUNCIL OF THE TLINGIT & HAIDA INDIAN TRIBES OF ALASKA,<br><br>  Intervenor-Defendants. | Civil Action No.: 3:23-cv-00007-SLG<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AN OVER-LENGTH PLEADING** |

The State of Alaska's unopposed motion for leave to file an overlength pleading is GRANTED. The State's memorandum in support of its summary judgment motion may not exceed 14,000 words.

IT IS SO ORDERED.

DATED _____, 2023, at Anchorage, Alaska.

_____
The Honorable Sharon Gleason
District Court State of Alaska