TREG TAYLOR
ATTORNEY GENERAL

Jessie M. Alloway
Christopher Orman
Assistant Attorneys General
Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK  99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email:  jessie.alloway@alaska.gov
        christopher.orman@alaska.gov

Attorneys for the State of Alaska

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| STATE OF ALASKA,<br><br>    Plaintiff,<br><br>v.<br><br>BRYAN NEWLAND, in his official capacity as Assistant Secretary, Indian Affairs, U.S. Department of the Interior; and U.S. DEPARTMENT OF THE INTERIOR,<br><br>    Defendants, and<br><br>CENTRAL COUNCIL OF THE TLINGIT & HAIDA INDIAN TRIBES OF ALASKA,<br><br>    Intervenor-Defendant. | Civil Action No.:  3:23-cv-00007-SLG<br><br>**STATE OF ALASKA'S UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE [Dkt. 13]** |

Plaintiff, State of Alaska, moves to modify the briefing schedule as set out by the Court's order dated May 9, 2023. [*See* Dkt. 13] The State requests this extension to account for unanticipated changes to the schedules of its counsel. In August, Ms. Alloway qualified to compete with her dog at an event in Indianapolis, Indiana on November 3-5. To prepare for and compete at this event, Ms. Alloway will now be out of the office October 26-November 7. Co-counsel, Mr. Orman, is also currently briefing a summary judgment motion in a different matter. The State therefore needs additional time to adequately prepare its consolidated reply in support of its motion for summary judgment and opposition to Defendants' and Intervenor-Defendants' cross-motions for summary judgment.

Additionally, the parties recently learned that the Craig Tribal Association and Organized Village of Kake intend to file an amicus brief in support of Intervenor-Defendant Central Council of Tlingit and Haida Indian Tribes. The parties have consented to the amicus participation, and this scheduling change anticipates the proposed amicus will file their brief one-week after Intervenor-Defendants thus avoiding any duplication.

Counsel for the Defendants and the Intervenor-Defendants have represented that they do not oppose this motion. The parties have conferred and agree to the following revised schedule:

A. On or before October 23, 2023, the proposed amicus will file its brief.

*State of Alaska v. Newland, et al.*  Civil Action No.: 3:23-cv-00007-SLG
Unopposed Motion to Modify Briefing Schedule  Page 2 of 3

Case 3:23-cv-00007-SLG   Document 20   Filed 10/16/23   Page 2 of 3

B. On or before December 1, 2023, the State shall file its consolidated reply in support of its motion for summary judgment and opposition to Defendants' and the Intervenor-Defendants' respective cross-motions for summary judgment.

C. On or before January 19, 2024, Defendants shall file their reply in support of their cross-motion for summary judgment.

D. On or before February 2, 2024, Intervenor-Defendants shall file their reply in support of their cross-motion for summary judgment.

DATED: October 16, 2023.

TREG TAYLOR
ATTORNEY GENERAL

By: */s/ Jessie M. Alloway*
Jessica M. Alloway
Assistant Attorney General
Alaska Bar No. 1205045
Email: jessie.alloway@alaska.gov

By: */s/ Christopher F. Orman*
Christopher F. Orman
Assistant Attorney General
Alaska Bar No. 1011099
Email: christopher.orman@alaska.gov

*Attorneys for the State of Alaska*

**CERTIFICATE OF SERVICE**
I hereby certify that on October 16, 2023, I electronically filed the foregoing by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Angela Hobbs
Angela Hobbs
Law Office Assistant III

*State of Alaska v. Newland, et al.*  Civil Action No.: 3:23-cv-00007-SLG
Unopposed Motion to Modify Briefing Schedule  Page 3 of 3

Case 3:23-cv-00007-SLG   Document 20   Filed 10/16/23   Page 3 of 3