TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
CHARMAYNE G. STALOFF, Trial Attorney
WILLIAM J. CRUM, Trial Attorney
Indian Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Telephone: (202) 305-5628
Email: charmayne.staloff@usdoj.gov

*Attorneys for the United States*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| STATE OF ALASKA, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 3:23-cv-00007-SLG |
| BRYAN NEWLAND, in his official capacity as Assistant Secretary, Indian Affairs, U.S. Department of the Interior; and U.S. DEPARTMENT OF THE INTERIOR | **NOTICE OF SUPPLEMENTAL MATERIAL** |
| Defendants, | |
| and | |
| CENTRAL COUNCIL OF THE TLINGIT & HAIDA INDIAN TRIBES OF ALASKA, | |
| Intervenor-Defendant. | |

*State of Alaska v. Newland et al.*  Case No. 3:23-cv-00007-SLG
Notice of Supplemental Material
Case 3:23-cv-00007-SLG   Document 30   Filed 02/05/24   Page 1 of 4

Pursuant to Local Rule 7.1(d)(1), Defendants Bryan Newland et al. ("United States") hereby provide the following notice to this Court. On February 1, 2024, the United States Department of the Interior issued Solicitor's Opinion ("M-Opinion") M-37079, partially withdrawing M-Opinion M-36975 (AR0000927).[1] The scope of M-37079's partial withdrawal is limited to the issue of the existence and extent of tribal jurisdiction over Alaska Native allotments.

The State invoked M-36975 in its briefing. *See* ECF-16 at 32; ECF-25 at 29–31. As the United States explained in its reply brief, ECF-28 at 7, the jurisdictional status of Alaska Native allotment lands is irrelevant to the disposition of this case. Therefore, the issuance of M-37079 is likewise irrelevant. However, out of an abundance of caution, the United States hereby notifies the Court of this supplemental material.

DATED: February 5, 2024.

---

[1] U.S. Dep't of Interior, M-37079, *Partial Withdrawal of Solicitor's Opinion M-36975, Governmental Jurisdiction of Alaska Native Villages Over Land and Nonmembers, and Clarification of Tribal Jurisdiction Over Alaska Native Allotments* (Feb. 1, 2024), https://www.doi.gov/sites/default/files/documents/2024-02/m37079-partial-wd-m36975-and-clarification-trbl-jurisdiction-over-ak-native-allotments-2124.pdf.

1

*State of Alaska v. Newland et al.*   Case No. 3:23-cv-00007-SLG
Notice of Supplemental Material
Case 3:23-cv-00007-SLG   Document 30   Filed 02/05/24   Page 2 of 4

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

/s/ *Charmayne G. Staloff*
CHARMAYNE G. STALOFF, Trial Attorney
WILLIAM J. CRUM, Trial Attorney
Indian Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 616-3148
FAX: (202) 305-0275
Email: charmayne.staloff@usdoj.gov
*Attorneys for the United States*

OF COUNSEL:
Robert Hitchcock, Attorney-Advisor
Melissa Thaisz, Attorney-Advisor
Office of the Solicitor
U.S. Department of the Interior

2

*State of Alaska v. Newland et al.*            Case No. 3:23-cv-00007-SLG
Notice of Supplemental Material
Case 3:23-cv-00007-SLG   Document 30   Filed 02/05/24   Page 3 of 4

## CERTIFICATE OF SERVICE

    I, Charmayne G. Staloff, hereby certify that, on February 5, 2024, the foregoing NOTICE OF SUPPLEMENTAL MATERIAL will be sent electronically to the registered parties as identified on the Notice of Electronic Filing.

                                       /s/ *Charmayne G. Staloff*
                                       CHARMAYNE G. STALOFF, Trial Attorney
                                       Indian Resources Section
                                       Environment and Natural Resources Division
                                       United States Department of Justice

## CERTIFICATE OF WORD COUNT

    I certify that this document complies with Local Rule 7.1(d)(1) because it contains 167 words.