# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>    Plaintiff,<br> v.<br><br>BRYAN NEWLAND, in his official capacity as Assistant Secretary, Indian Affairs, U.S. Department of the Interior, *et al.*,<br><br>    Defendants,<br><br> and<br><br>CENTRAL COUNCIL OF TLINGIT & HAIDA INDIAN TRIBES OF ALASKA,<br><br>    Intervenor-Defendants. | Case No. 3:23-cv-00007-SLG |

## ORDER

It has come to the Court's attention from court staff that the recent filing by the Central Council of Tlingit & Haida Indian Tribes of Alaska at Docket 36 was initially made under the name of C. Cotton, an associate attorney at the firm representing Tlingit & Haida in this matter and a person within the third degree of relationship to the undersigned judge. *See* 28 U.S.C. § 455(b)(5)(ii). The name of the filer has since been changed to an attorney of record in this case. Circuit court case law indicates that a relative's salaried employment at a law firm representing a party does not necessitate nor warrant the judge's disqualification from that case, so long as the associate attorney is not acting as a lawyer in the proceeding and has no involvement

in the case. *See generally* C. Geyh, Judicial Disqualification: An Analysis of Federal Law 68-69 (3d. ed. 2020). Accordingly, the Court requests that counsel of record for Tlingit & Haida promptly file a notice in this case informing the Court and the other parties whether C. Cotton has, or has had, any involvement in this case.

DATED this 8th day of March 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00007-SLG, *SOA v. Newland, et al.*
Order
Page 2 of 2
Case 3:23-cv-00007-SLG   Document 38   Filed 03/08/24   Page 2 of 2