Richard D. Monkman
rdm@sonosky.net
Lloyd B. Miller
lloyd@sonosky.net
Whitney A. Leonard
whitney@sonosky.net
Sonosky, Chambers, Sachse,
  Miller & Monkman, LLP
510 L Street, Suite 310
Anchorage, Alaska 99501
Telephone: (907) 258-6377
Facsimile: (907) 272-8332

*Attorneys for Tlingit & Haida*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| STATE OF ALASKA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:23-cv-00007-SLG<br>) |
| BRYAN NEWLAND *et al.*, | )<br>) |
| Defendants, | )<br>) |
| and | )<br>) |
| CENTRAL COUNCIL OF TLINGIT & HAIDA INDIAN TRIBES OF ALASKA, | )<br>)<br>) |
| Intervenor-Defendant. | )<br>) |

**TLINGIT & HAIDA'S NOTICE IN RESPONSE TO ORDER (DKT. 38)**

The undersigned counsel of record for the Central Council of Tlingit & Haida

Indian Tribes of Alaska provides this Notice in response to the Court's Order dated

Tlingit & Haida's Notice In Response to Order (Dkt. 38)  Page 1 of 3
*SOA v. Newland et al.*, Case No. 3:23-CV-00007-SLG
Case 3:23-cv-00007-SLG   Document 39   Filed 03/08/24   Page 1 of 3

March 8, 2024, Dkt. No. 38.  In response to the Court's inquiry, undersigned counsel states as follows:

1. Attorney C. Cotton is not acting as an attorney in this proceeding and has had no involvement at any stage of the case.

2. Tlingit & Haida's filing at Docket 36 was originally filed under Attorney Cotton's name due to an administrative error.  The computer that was used for the filing at Docket 36 had previously been used to submit a federal court filing by Attorney Cotton in an unrelated case earlier the same day.  Due to cookies stored in the browser (and despite logging out of Attorney Cotton's CM/ECF account and logging into undersigned counsel's account), it appears that the browser erroneously retained Attorney Cotton's filer information for the filing at Docket 36.  Attorney Cotton was not present and had no involvement in the filing.

3. Upon realizing the error, undersigned counsel worked with our firm's staff to immediately contact the clerk of court seeking to correct the error.  Undersigned counsel also submitted a second copy of the filing under the correct filing ID.  Dkt. No. 37.  The clerk's office subsequently notified counsel that it would also edit the original entry at Docket 36 to reflect the proper filer.

Tlingit & Haida's Notice In Response to Order (Dkt. 38)　　　　　　　　　　　　　　Page 2 of 3
*SOA v. Newland et al.*, Case No. 3:23-CV-00007-SLG
Case 3:23-cv-00007-SLG   Document 39   Filed 03/08/24   Page 2 of 3

Respectfully submitted this 8th day of March 2024, at Anchorage, Alaska.

SONOSKY, CHAMBERS, SACHSE
MILLER & MONKMAN, LLP

By: /s/ Whitney A. Leonard
Richard D. Monkman
Alaska Bar No. 8011101
Lloyd B. Miller
Alaska Bar No. 7906040
Whitney A. Leonard
Alaska Bar No. 1711064

*Attorneys for Intervenor-Defendant*

**Certificate of Service**

I certify that on March 8th, 2024, a copy of the foregoing document was served via ECF on:

Jessica Moats Alloway
jessie.alloway@alaska.gov

Christopher F. Orman
christopher.orman@alaska.gov

Charmayne Staloff
charmayne.staloff@usdoj.gov

/s/ Whitney A. Leonard
Whitney A. Leonard

Tlingit & Haida's Notice In Response to Order (Dkt. 38)    Page 3 of 3
*SOA v. Newland et al.*, Case No. 3:23-CV-00007-SLG
Case 3:23-cv-00007-SLG    Document 39    Filed 03/08/24    Page 3 of 3