IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>        Plaintiff,<br>  v.<br><br>BRYAN NEWLAND, in his official capacity as Assistant Secretary, Indian Affairs, U.S. Department of the Interior, *et al.*,<br><br>        Defendants,<br><br>  and<br><br>CENTRAL COUNCIL OFTLINGIT & HAIDA INDIAN TRIBES OF ALASKA,<br><br>        Intervenor-Defendant. | Case No. 3:23-cv-00007-SLG |

### ORDER RE PLAINTIFF'S MOTION FOR LEAVE TO FILE A SURREPLY

Before the Court at Docket 31 is Plaintiff State of Alaska's ("State") Motion for Leave to File a Surreply. Federal Defendants responded in opposition at Docket 34, and Intervenor-Defendant Central Council of Tlingit & Haida Indian Tribes of Alaska responded in opposition at Docket 37. The State filed a reply at Docket 40.

The Court has considered the parties' briefing and will grant the State's motion for leave to file a surreply. After the administrative appeal briefing was complete in this case, the Department of the Interior ("DOI") issued a new Solicitor

Opinion that partially withdrew a 1993 Solicitor Opinion that is contained in the administrative record and that the State relied on in its briefing.[1] The Court finds that the change in DOI's stance regarding the existence and extent of tribal jurisdiction over Alaska Native allotments is relevant to the parties' arguments regarding the Major Questions Doctrine.[2]  Thus, the State should be accorded a fair opportunity to address this new opinion.  Given the lengthy nature of the new Solicitor Opinion and the opportunity for Federal Defendants and Intervenor-Defendant to address any points they may have regarding the State's surreply at oral argument, the Court denies their requests to file a sur-surreply.

In light of the foregoing, IT IS ORDERED that the State's Motion for Leave to File a Surreply at Docket 31 is GRANTED.  The State's surreply at Docket 31-2 is ACCEPTED as filed.  Federal Defendants and Intervenor-Defendant shall not file any further replies.  Oral argument on the State's motion for summary judgment at Docket 16, Federal Defendants' cross-motion for summary judgment at Docket 19, and Intervenor-Defendant's cross-motion for summary judgment at Docket 21 is scheduled for **March 28, 2024, at 11:00 a.m.** in Anchorage Courtroom 2.  Each side shall be accorded up to 20 minutes to present its arguments.

---

[1] *See* Docket 30 at 2; Docket 14; Docket 31 at 2.

[2] *See* Docket 30 at 2; Docket 31 at 2-3.

Case No. 3:23-cv-00007-SLG, *SOA v. Newland, et al.*
Order re Plaintiff's Motion for Leave to File a Surreply
Page 2 of 3
Case 3:23-cv-00007-SLG   Document 41   Filed 03/12/24   Page 2 of 3

DATED this 12th day of March 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00007-SLG, *SOA v. Newland, et al.*
Order re Plaintiff's Motion for Leave to File a Surreply
Page 3 of 3

Case 3:23-cv-00007-SLG   Document 41   Filed 03/12/24   Page 3 of 3