Richard D. Monkman
rdm@sonosky.net
Lloyd B. Miller
lloyd@sonosky.net
Whitney A. Leonard
whitney@sonosky.net
Sonosky, Chambers, Sachse,
  Miller & Monkman, LLP
510 L Street, Suite 310
Anchorage, Alaska 99501
Telephone: (907) 258-6377
Facsimile: (907) 272-8332

*Attorneys for Tlingit & Haida*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| STATE OF ALASKA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:23-cv-00007-SLG<br>) |
| BRYAN NEWLAND *et al.*, | )<br>) |
| Defendants, | )<br>) |
| and | )<br>) |
| CENTRAL COUNCIL OF TLINGIT & HAIDA INDIAN TRIBES OF ALASKA, | )<br>)<br>) |
| Intervenor-Defendant. | )<br>) |

**TLINGIT & HAIDA'S UNOPPOSED MOTION TO RESCHEDULE ORAL
ARGUMENT DUE TO SCHEDULING CONFLICT**

Tlingit & Haida's Unopposed Motion to Reschedule Oral Argument Due to Scheduling Conflict   Page 1 of 3
*SOA v. Newland et al.*, Case No. 3:23-CV-00007-SLG
Case 3:23-cv-00007-SLG   Document 44   Filed 03/15/24   Page 1 of 3

The Central Council of Tlingit & Haida Indian Tribes of Alaska hereby moves to reschedule the date set for oral argument due to an unavoidable scheduling conflict. In support of this Motion, undersigned counsel states as follows:

1. On March 13, this Court issued an Order setting a date of March 28, 2024, for oral argument on the State's motion for summary judgment and the Federal Defendants' and Tlingit & Haida's cross-motions for summary judgment. Dkt. No. 41.

2. During that same week, counsel for Tlingit & Haida will be participating in oral argument before the United States Supreme Court in *Becerra v. San Carlos Apache Tribe*, No. 23-250. Due to oral argument and related travel, counsel are unavailable on March 28th.

3. In an effort to minimize other scheduling conflicts, undersigned counsel has conferred with counsel for the Federal Defendants and the State of Alaska regarding their availability. Counsel for all parties are available on April 24th through April 26th, April 29th through May 3rd, or anytime thereafter.

4. Accordingly, Tlingit & Haida respectfully requests that the Court set oral argument in this matter for one of the above-noted dates. The Federal Defendants and the State of Alaska do not oppose this request.

Tlingit & Haida's Unopposed Motion to Reschedule Oral Argument Due to Scheduling Conflict    Page 2 of 3
*SOA v. Newland et al.*, Case No. 3:23-CV-00007-SLG

Case 3:23-cv-00007-SLG   Document 44   Filed 03/15/24   Page 2 of 3

Respectfully submitted this 15th day of March 2024, at Anchorage, Alaska.

SONOSKY, CHAMBERS, SACHSE
MILLER & MONKMAN, LLP

By: /s/ Whitney A. Leonard
Richard D. Monkman
Alaska Bar No. 8011101
Lloyd B. Miller
Alaska Bar No. 7906040
Whitney A. Leonard
Alaska Bar No. 1711064

*Attorneys for Intervenor-Defendant*

### Certificate of Service

I certify that on March 15th, 2024, a copy of the foregoing document was served via ECF on:

Jessica Moats Alloway
jessie.alloway@alaska.gov

Christopher F. Orman
christopher.orman@alaska.gov

Charmayne Staloff
charmayne.staloff@usdoj.gov

/s/ Whitney A. Leonard
Whitney A. Leonard

Tlingit & Haida's Unopposed Motion to Reschedule Oral Argument Due to Scheduling Conflict   Page 3 of 3
*SOA v. Newland et al.*, Case No. 3:23-CV-00007-SLG
Case 3:23-cv-00007-SLG   Document 44   Filed 03/15/24   Page 3 of 3