Richard D. Monkman
rdm@sonosky.net
Lloyd B. Miller
lloyd@sonosky.net
Whitney A. Leonard
whitney@sonosky.net
Sonosky, Chambers, Sachse,
  Miller & Monkman, LLP
510 L Street, Suite 310
Anchorage, Alaska 99501
Telephone: (907) 258-6377
Facsimile: (907) 272-8332

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:23-cv-00007-SLG |
| ) | |
| BRYAN NEWLAND *et al.*, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| CENTRAL COUNCIL OF TLINGIT & ) | |
| HAIDA INDIAN TRIBES OF ) | |
| ALASKA, ) | |
| ) | |
| Intervenor-Defendant. ) | |

## NOTICE TO COURT REGARDING ORAL ARGUMENT

Intervenor-Defendant Central Council of the Tlingit & Haida Indian Tribes of Alaska (Tlingit & Haida) gives notice to the Court that for the oral argument scheduled on May 6, 2024, the Defendants and Intervenor-Defendant propose to share their allotted

Notice to Court Regarding Oral Argument  Page 1 of 2
*SOA v. Newland et al.*, Case No. 3:23-CV-00007-SLG
Case 3:23-cv-00007-SLG   Document 46   Filed 04/25/24   Page 1 of 2

twenty minutes as follows, absent any other preferences from the Court: 15 minutes for the United States and 5 minutes for Tlingit & Haida.

DATED this 25th day of April 2024, at Anchorage, Alaska.

SONOSKY, CHAMBERS, SACHSE
MILLER & MONKMAN, LLP

By: */s/ Whitney A. Leonard*
Richard D. Monkman
Alaska Bar No. 8011101
Lloyd B. Miller
Alaska Bar No. 7906040
Whitney A. Leonard
Alaska Bar No. 1711064

*Attorneys for Intervenor-Defendant*

**Certificate of Service**

I certify that on April 25, 2024, a copy of the foregoing document was served via ECF on:

Jessica Moats Alloway
jessie.alloway@alaska.gov

Christopher F. Orman
christopher.orman@alaska.gov

Charmayne Staloff
Charmayne.staloff@usdoj.gov

*/s/ Whitney A. Leonard*
Whitney A. Leonard