Richard D. Monkman
rdm@sonosky.net
Lloyd B. Miller
lloyd@sonosky.net
Whitney A. Leonard
whitney@sonosky.net
Sonosky, Chambers, Sachse,
  Miller & Monkman, LLP
510 L Street, Suite 310
Anchorage, Alaska 99501
Telephone: (907) 258-6377
Facsimile: (907) 272-8332

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| STATE OF ALASKA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:23-cv-00007-SLG |
| | ) |
| BRYAN NEWLAND *et al.*, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| CENTRAL COUNCIL OF TLINGIT & | ) |
| HAIDA INDIAN TRIBES OF | ) |
| ALASKA, | ) |
| | ) |
| Intervenor-Defendant. | ) |

**NOTICE OF SUPPLEMENTAL MATERIAL**

Intervenor-Defendant Central Council of the Tlingit & Haida Indian Tribes of Alaska submits this notice pursuant to Local Rule 7.1(d)(1) to provide citations for cases discussed at oral argument. In response to a question about whether the Court could rule

Notice of Supplemental Material                                    Page 1 of 3
*SOA v. Newland et al.*, Case No. 3:23-CV-00007-SLG
Case 3:23-cv-00007-SLG   Document 48   Filed 05/07/24   Page 1 of 3

that the Tribe satisfies the "under federal jurisdiction" test without remanding to the Department, undersigned counsel referred to the line of Ninth Circuit decisions involving Social Security appeals. Counsel cited *Treichler v. Commissioner of Social Security Administration*, 775 F.3d 1090 (9th Cir. 2014), which discusses the rule set out in *Varney v. Secretary of Health & Human Services*, 859 F.2d 1396 (9th Cir. 1988). Under *Varney*, courts will "direct the award of benefits in cases where no useful purpose would be served by further administrative proceedings" and "the record has been thoroughly developed." *Id.* at 1399 (citations omitted). The reviewing court can issue judgment as a matter of law if "the record, taken as a whole, leaves 'not the slightest uncertainty as to the outcome of [the] proceeding.'" *Treichler*, 775 F.3d at 1101 (quoting *N.L.R.B. v. Wyman-Gordon Co.*, 394 U.S. 759, 766 n.6 (1969)); *see also Ruiz-Vidal v. Gonzales*, 473 F.3d 1072, 1080 (9th Cir. 2007), *abrogated on other grounds* (applying a similar rule in an immigration appeal). In such cases, courts direct the agency to award the requested relief. Here, where the Department has already granted the Tribe's application to take land into trust, the analogous procedure would be to rule that Tlingit & Haida satisfies the *Carcieri* test as a matter of law, and affirm the Department's decision on that basis.[1]

---

[1] This notice is filed without prejudice to the Tribe's argument that the best reading of section 19 does not require application of the *Carcieri* test, given the separate definition for Alaska Native peoples. *See* Tlingit & Haida Br. 19-22, ECF No. 21 (citing, inter alia, *Carcieri v. Salazar*, 555 U.S. 379, 392 & n.6 (2009)); United States Br. 34, ECF No. 19 (citing *Montana v. Blackfeet Tribe of Indians*, 471 U.S. 759, 766 (1985) (ambiguous statutes "are to be construed liberally in favor of the Indians")).

Notice of Supplemental Material                                                                 Page 2 of 3
*SOA v. Newland et al.*, Case No. 3:23-CV-00007-SLG
Case 3:23-cv-00007-SLG   Document 48   Filed 05/07/24   Page 2 of 3

DATED this 7th day of May 2024, at Anchorage, Alaska.

        SONOSKY, CHAMBERS, SACHSE
        MILLER & MONKMAN, LLP

By: */s/ Whitney A. Leonard*
    Richard D. Monkman
    Alaska Bar No. 8011101
    Lloyd B. Miller
    Alaska Bar No. 7906040
    Whitney A. Leonard
    Alaska Bar No. 1711064

*Attorneys for Intervenor-Defendant*

**Certificate of Service**

I certify that on May 7, 2024, a copy of the foregoing document was served via ECF on:

Jessica Moats Alloway
jessie.alloway@alaska.gov

Christopher F. Orman
christopher.orman@alaska.gov

Charmayne Staloff
Charmayne.staloff@usdoj.gov

*/s/ Whitney A. Leonard*
Whitney A. Leonard

Notice of Supplemental Material     Page 3 of 3
*SOA v. Newland et al.*, Case No. 3:23-CV-00007-SLG
Case 3:23-cv-00007-SLG    Document 48    Filed 05/07/24    Page 3 of 3