Richard D. Monkman
rdm@sonosky.net
Lloyd B. Miller
lloyd@sonosky.net
Whitney A. Leonard
whitney@sonosky.net
Sonosky, Chambers, Sachse,
  Miller & Monkman, LLP
510 L Street, Suite 310
Anchorage, Alaska 99501
Telephone: (907) 258-6377
Facsimile: (907) 272-8332

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| STATE OF ALASKA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:23-cv-00007-SLG |
| | ) | |
| BRYAN NEWLAND *et al.*, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CENTRAL COUNCIL OF TLINGIT & HAIDA INDIAN TRIBES OF ALASKA, | ) | |
| | ) | |
| Intervenor-Defendant. | ) | |

## MOTION REQUESTING CORRECTIONS OF TRANSCRIPT

Pursuant to this Court's text order of May 16, 2024 (ECF No. 50), Intervenor-Defendant Central Council of the Tlingit & Haida Indian Tribes of Alaska (Tlingit & Haida) submits this Motion Requesting Corrections of the Transcript.

Motion Requesting Corrections of Transcript  Page 1 of 3
*SOA v. Newland et al.*, Case No. 3:23-CV-00007-SLG
Case 3:23-cv-00007-SLG   Document 51   Filed 05/23/24   Page 1 of 3

Tlingit & Haida requests the following corrections of the Transcript of Motion for Summary Judgment (May 6, 2024), in order to reflect what was said by counsel at oral argument:

| Location | Current text | Requested correction |
|---|---|---|
| Page 25, lines 19-20 | "Essential Council of the Tlingit and Haida Indian Tribes of Alaska" | "Central Council of the Tlingit and Haida Indian Tribes of Alaska" |
| Page 26, line 3 | "recognizing both the lands past and its future" | "recognizing both the land's past and its future" |
| Page 30, lines 6-7 | "And for the Alaska IRA that's 1946." | "And for the Alaska IRA that's 1936." |

DATED this 23rd day of May 2024, at Anchorage, Alaska.

SONOSKY, CHAMBERS, SACHSE
MILLER & MONKMAN, LLP


By: */s/ Whitney A. Leonard*
Richard D. Monkman
Alaska Bar No. 8011101
Lloyd B. Miller
Alaska Bar No. 7906040
Whitney A. Leonard
Alaska Bar No. 1711064

*Attorneys for Intervenor-Defendant*

Motion Requesting Corrections of Transcript  Page 2 of 3
*SOA v. Newland et al.*, Case No. 3:23-CV-00007-SLG
Case 3:23-cv-00007-SLG   Document 51   Filed 05/23/24   Page 2 of 3

## Certificate of Service

I certify that on May 23, 2024, a copy of the foregoing document was served via ECF on:

Jessica Moats Alloway
jessie.alloway@alaska.gov

Christopher F. Orman
christopher.orman@alaska.gov

Charmayne Staloff
Charmayne.staloff@usdoj.gov

*/s/ Whitney A. Leonard*
Whitney A. Leonard