# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| STATE OF ALASKA,<br><br>Plaintiff,<br>v.<br><br>BRYAN NEWLAND, in his official capacity as Assistant Secretary, Indian Affairs, U.S. Department of the Interior, et al.,<br><br>Defendants,<br><br>and<br><br>CENTRAL COUNCIL OF TLINGIT & HAIDA INDIAN TRIBES OF ALASKA,<br><br>Intervenor-Defendant. | Civil Action No. 3:23-cv-00007-SLG |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT the Court VACATES the agency decision and REMANDS to the agency for further proceedings.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: June 27, 2024

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*