TREG TAYLOR
ATTORNEY GENERAL

Jessie M. Alloway
Assistant Attorney General
Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK  99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email:  jessie.alloway@alaska.gov

Attorney for the State of Alaska

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>　Plaintiff,<br><br>v.<br><br>BRYAN NEWLAND, in his official capacity as Assistant Secretary, Indian Affairs, U.S. Department of the Interior; and U.S. DEPARTMENT OF THE INTERIOR,<br><br>　Defendants, and<br><br>CENTRAL COUNCIL OF THE TLINGIT & HAIDA INDIAN TRIBES OF ALASKA,<br><br>　Intervenor-Defendant. | Civil Action No.:  3:23-cv-00007-SLG<br><br>**STATE OF ALASKA'S<br>NOTICE OF APPEAL** |

Please take notice that Plaintiff State of Alaska appeals to the U.S. Court of Appeals for the Ninth Circuit this Court's June 26, 2024 Order re Motions for Summary Judgment. [ECF No. 54] Final Judgment was entered on June 27, 2024. [ECF No. 55]

The State of Alaska's Representation Statement under Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rules 3-2(b) and 12-2 is attached to this notice.

DATED: August 23, 2024.

>TREG TAYLOR
>ATTORNEY GENERAL
>
>By: */s/ Jessie M. Alloway*
>Jessica M. Alloway
>Assistant Attorney General
>Alaska Bar No. 1205045
>Email: jessie.alloway@alaska.gov
>
>*Attorney for the State of Alaska*

**CERTIFICATE OF SERVICE**
I hereby certify that on August 23, 2024, I electronically filed the foregoing by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Jessica M. Alloway
Assistant Attorney General

*State of Alaska v. Newland, et al.*  Civil Action No.: 3:23-cv-00007-SLG
SOA's Notice of Appeal  Page 2 of 3

Case 3:23-cv-00007-SLG   Document 56   Filed 08/23/24   Page 2 of 3

# REPRESENTATION STATEMENT

**Counsel for Plaintiff State of Alaska**

Jessica Moats Alloway
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-6612
Email: jessie.alloway@alaska.gov

**Counsel for Defendants Bryan Newland, in his official capacity as Assistant Secretary, Indian Affairs, U.S. Department of the Interior; and U.S. Department of the Interior**

Charmayne G. Staloff
William J. Crum
Trial Attorneys
Indian Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611, Ben Franklin Stateion
Washington, D.C. 20044
Telephone: (202) 305-5628
Email: charmayne.staloff@usdoj.gov
      william.crum@usdoj.gov

**Counsel for Intervenor-Defendant Central Council of Tlingit & Haida Indian Tribes of Alaska**

Richard D. Monkman
Lloyd B. Miller
Whitney A. Leonard
Sonosky, Chambers, Sachse, Miller & Monkman, LLP
510 L Street, Suite 310
Anchorage, AK 99501
Telephone: (907) 258-6377
Email: rdm@sonosky.net
      lloyd@sonosky.net
      whitney@sonosky.net