Richard D. Monkman
rdm@sonosky.net
Lloyd B. Miller
lloyd@sonosky.net
Whitney A. Leonard
whitney@sonosky.net
Sonosky, Chambers, Sachse,
  Miller & Monkman, LLP
510 L Street, Suite 310
Anchorage, Alaska 99501
Telephone: (907) 258-6377
Facsimile: (907) 272-8332

*Counsel for Intervenor-Defendant Central Council
of Tlingit and Haida Indian Tribes of Alaska*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| STATE OF ALASKA, <br><br> Plaintiff, <br><br> v. <br><br> BRYAN NEWLAND *et al.*, <br><br> Defendants, <br><br> and <br><br> CENTRAL COUNCIL OF TLINGIT & HAIDA INDIAN TRIBES OF ALASKA, <br><br> Intervenor-Defendant. | Case No. 3:23-cv-00007-SLG |

**NOTICE OF APPEAL BY INTERVENOR-DEFENDANT CENTRAL COUNCIL
OF THE TLINGIT & HAIDA INDIAN TRIBES OF ALASKA**

Please take notice that Intervenor-Defendant Central Council of the Tlingit &

Haida Indian Tribes of Alaska ("Tribe") appeals to the U.S. Court of Appeals for the

Ninth Circuit this Court's June 26, 2024 Order re Motions for Summary Judgment (ECF No. 54), and Final Judgment (ECF No. 55). Final Judgment was entered on June 27, 2024.

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), the Tribe's Representation Statement is attached to this notice.

Respectfully submitted this 26th day of August 2024, at Anchorage, Alaska.

SONOSKY, CHAMBERS, SACHSE
MILLER & MONKMAN, LLP

By: */s/ Whitney A. Leonard*
Richard D. Monkman
Alaska Bar No. 8011101
Lloyd B. Miller
Alaska Bar No. 7906040
Whitney A. Leonard
Alaska Bar No. 1711064

*Attorneys for Intervenor-Defendant*

### Certificate of Service

I certify that on August 26, 2024, a copy of the foregoing document was served via ECF on:

Jessica Moats Alloway
jessie.alloway@alaska.gov

Christopher F. Orman
christopher.orman@alaska.gov

Charmayne Staloff
charmayne.staloff@usdoj.gov

William J. Crum
william.crum@usdoj.gov

*/s/ Whitney A. Leonard*
Whitney A. Leonard

# REPRESENTATION STATEMENT

**Counsel for Plaintiff State of Alaska**

Jessica Moats Alloway
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-6612
Email: jessie.alloway@alaska.gov

**Counsel for Defendants Bryan Newland, in his official capacity as Assistant Secretary, Indian Affairs, U.S. Department of the Interior; and U.S. Department of the Interior**

Charmayne G. Staloff
William J. Crum
Trial Attorneys
Indian Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-5628
Email: charmayne.staloff@usdoj.gov
william.crum@usdoj.gov

**Counsel for Intervenor-Defendant Central Council of Tlingit & Haida Indian Tribes of Alaska**

Richard D. Monkman
Lloyd B. Miller
Whitney A. Leonard
Sonosky, Chambers, Sachse, Miller & Monkman, LLP
510 L Street, Suite 310
Anchorage, AK 99501
Telephone: (907) 258-6377
Email: rdm@sonosky.net
lloyd@sonosky.net
whitney@sonosky.net