TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
CHARMAYNE G. STALOFF, Trial Attorney
WILLIAM J. CRUM, Trial Attorney
Indian Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Telephone: (202) 532-5563
Email: charmayne.staloff@usdoj.gov

*Attorneys for the United States*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| STATE OF ALASKA,<br><br>  Plaintiff,<br><br>  v.<br><br>BRYAN NEWLAND, in his official capacity as Assistant Secretary, Indian Affairs, U.S. Department of the Interior;<br>and U.S. DEPARTMENT OF THE INTERIOR<br><br>  Defendants,<br><br>  and<br><br>CENTRAL COUNCIL OF THE TLINGIT & HAIDA INDIAN TRIBES OF ALASKA,<br><br>  Intervenor-Defendant. | Case No. 3:23-cv-00007-SLG<br><br>**UNITED STATES' NOTICE OF APPEAL** |

Notice is hereby given that Federal Defendants Bryan Newland, in his official capacity as Assistant Secretary–Indian Affairs, and the United States Department of the Interior, by and through their undersigned counsel, hereby appeal to the United States Court of Appeals for the Ninth Circuit from (1) the Order Re: Motions for Summary Judgment entered in the above-named action on June 26, 2024 (ECF No. 54), granting in part and denying in part Plaintiff's Motion for Summary Judgment, granting in part and denying in part Federal Defendants' Cross-Motion for Summary Judgment, and granting in part and denying in part Intervenor-Defendant Tribe's Cross-Motion for Summary Judgment; and (2) the Final Judgment entered in the above-named action on June 27, 2024 (ECF No. 55).[1]

DATED: September 4, 2024

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

/s/ *Charmayne G. Staloff*
CHARMAYNE G. STALOFF, Trial Attorney
WILLIAM J. CRUM, Trial Attorney
Indian Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 305-5628
FAX: (202) 305-0275
Email: charmayne.staloff@usdoj.gov
*Attorneys for the United States*

OF COUNSEL:
Robert Hitchcock, Attorney-Advisor
Melissa Thaisz, Attorney-Advisor
Office of the Solicitor
U.S. Department of the Interior

---

[1] Plaintiff the State of Alaska filed a Notice of Appeal from the same order and final judgment on August 23, 2024. This Notice is timely pursuant to Fed. R. App. P. 4(a)(3).

*State of Alaska v. Newland et al.*  Case No. 3:23-cv-00007-SLG
U.S. Notice of Appeal

## CERTIFICATE OF SERVICE

      I, Charmayne G. Staloff, hereby certify that, on September 4, 2024, the foregoing UNITED STATES' NOTICE OF APPEAL will be sent electronically to the registered parties as identified on the Notice of Electronic Filing.

                                        /s/ *Charmayne G. Staloff*
                                        CHARMAYNE G. STALOFF, Trial Attorney
                                        Indian Resources Section
                                        Environment and Natural Resources Division
                                        United States Department of Justice

# REPRESENTATION STATEMENT

**Counsel for Plaintiff State of Alaska**

Jessica Moats Alloway
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-6612
Email: jessie.alloway@alaska.gov

**Counsel for Defendants Bryan Newland, in his official capacity as Assistant Secretary, Indian Affairs, U.S. Department of the Interior; and U.S. Department of the Interior**

Trial counsel:
Charmayne G. Staloff
William J. Crum
Trial Attorneys
Indian Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-5628
Email: charmayne.staloff@usdoj.gov
　　　william.crum@usdoj.gov

Appellate counsel:
John L. Smeltzer
U.S. Department of Justice
ENRD Appellate Section
P.O. Box 7415
Washington, D.C. 20044
Telephone: (202) 305-0343
Email: john.smeltzer@usdoj.gov

**Counsel for Intervenor-Defendant Central Council of Tlingit & Haida Indian Tribes of Alaska**

Richard D. Monkman
Lloyd B. Miller
Whitney A. Leonard
Sonosky, Chambers, Sachse, Miller & Monkman, LLP
510 L Street, Suite 310
Anchorage, AK 99501
Telephone: (907) 258-6377
Email: rdm@sonosky.net
　　　lloyd@sonosky.net
　　　whitney@sonosky.net