UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 27 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF ALASKA,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>BRYAN NEWLAND, in his official capacity as Assistant Secretary, Indian Affairs, U.S. Department of the Interior and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>    Defendants - Appellees,<br><br>CENTRAL COUNCIL OF TLINGIT & HAIDA INDIAN TRIBES OF ALASKA,<br><br>    Intervenor-Defendant - Appellee. | No. 24-5280<br><br>D.C. No. 3:23-cv-00007-SLG<br>District of Alaska, Anchorage<br><br>ORDER |
| STATE OF ALASKA,<br><br>    Plaintiff - Appellee,<br><br> v.<br><br>BRYAN NEWLAND, in his official capacity as Assistant Secretary, Indian Affairs, U.S. Department of the Interior and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>    Defendants, | No. 24-5285<br>D.C. No. 3:23-cv-00007-SLG<br>District of Alaska, Anchorage |

| | |
|---|---|
| CENTRAL COUNCIL OF TLINGIT & HAIDA INDIAN TRIBES OF ALASKA,<br><br>      Intervenor-Defendant - Appellant. | |
| STATE OF ALASKA,<br><br>      Plaintiff - Appellee,<br><br>v.<br><br>BRYAN NEWLAND and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>      Defendants - Appellants,<br><br>and<br><br>CENTRAL COUNCIL OF TLINGIT & HAIDA INDIAN TRIBES OF ALASKA,<br><br>      Intervenor-Defendant. | No. 24-5461<br>D.C. No.<br>3:23-cv-00007-SLG<br>District of Alaska, Anchorage |

The unopposed motion (Docket Entry No. 37) for an extension of time to file a response to the motion to dismiss is granted. Any responses are due June 25, 2025.

Briefing remains stayed.

                                        FOR THE COURT:

                                        MOLLY C. DWYER<br>                                        CLERK OF COURT